IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MILWAUKEE INNER-CITY CONGREGATIONS
ALLIED FOR HOPE (MICAH), and
BLACK HEALTH COALITION OF WISCONSIN,

      Plaintiffs,

  v.                                                  Case No. 12-C-556

MARK GOTTLIEB, WISCONSIN
DEPARTMENT OF TRANSPORTATION,
VICTOR MENDEZ, GEORGE POIRIER,
FEDERAL HIGHWAY ADMINISTRATION,
RAY LAHOOD, and U.S. DEPARTMENT OF
TRANSPORTATION,

      Defendants.

## DEFENDANTS MARK GOTTLIEB AND WISCONSIN DEPARTMENT OF TRANSPORTATION'S MOTION TO DISMISS COUNT 5 OF COMPLAINT

      Defendants Mark Gottlieb and the Wisconsin Department of Transportation hereby move the court for an order dismissing Count 5 of the Complaint under Federal Rule of Civil Procedure 12(b)(1). Defendants rely on the accompanying brief in support of this motion.

      Dated this 30th day of August, 2012.

                                    J.B. VAN HOLLEN
                                    Attorney General

                                    s/Daniel P. Lennington
                                    DANIEL P. LENNINGTON
                                    Assistant Attorney General
                                    State Bar No. 1088694
                                    Email: lenningtondp@doj.state.wi.us

                                    s/Abigail C. S. Potts

ABIGAIL C. S. POTTS
Assistant Attorney General
State Bar No. 1060762
Email: pottsac@doj.state.wi.us

Attorneys for Defendants,
Mark Gottlieb and
Wisconsin Department of Transportation

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 267-8901  (Lennington)
(608) 267-7292  (Potts)
(608) 267-8906  (Fax)