UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

**MILWAUKEE INNER-CITY CONGREGATIONS ALLIED
FOR HOPE (MICAH), et al.,**
        **Plaintiffs,**

   v.                                    Case No. 12-C-0556

**MARK GOTTLIEB, et al.,**
        **Defendants.**

---

### ORDER

Counsel for the two plaintiffs in this case have filed a motion to withdraw as counsel for one of those plaintiffs, the Black Health Coalition of Wisconsin ("BHCW"). The reason for the withdrawal is that BHCW has discharged its counsel. However, BHCW has not hired replacement counsel. Corporations and other associations can appear in federal court only through a licensed attorney. See, e.g., Rowland v. California Men's Colony, Unit II Men's Advisory Council, 506 U.S. 194, 201–03 (1993). Thus, before considering the motion to withdraw, I will require plaintiffs' counsel and BHCW's president, Dr. Patricia McManus, to appear before me for a status conference. The defendants need not attend this conference, but they may do so if they wish. If necessary to protect confidential communications, part of the status conference will be conducted in camera with only plaintiffs' counsel and McManus present.

Accordingly, **IT IS ORDERED** that counsel for BHCW and BHCW's president, Dr. Patricia McManus, appear before me in Courtroom 390 of the United States Courthouse, 517 East Wisconsin Avenue, Milwaukee, Wisconsin on **March 23, 2015 at 11:00 a.m.** A

copy of this order will be mailed to Dr. McManus at 3020 West Vliet Street, Milwaukee, WI 53208, and provided to her electronically at pmcmanus@bhcw.org.

Dated at Milwaukee, Wisconsin this 16th day of March 2015.

        s/ Lynn Adelman
        _____
        LYNN ADELMAN
        District Judge